## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on June 14, 2024**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **GRAND JURY ORIGINAL** |
| | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **CURTIS HOLLOWAY,** | : | **COUNT 1: 18 U.S.C. § 242** |
| | : | **(Deprivation of Rights Under Color of** |
| **Defendant.** | : | **Law)** |
| | : | |
| | : | **COUNT 2: 18 U.S.C. § 1512(b)(3)** |
| | : | **(Obstruction of Justice)** |
| | : | |
| | : | **COUNT 3: 22 D.C. Code § 402** |
| | : | **(Assault with a Dangerous Weapon)** |

## INDICTMENT

The Grand Jury for the District of Columbia charges that at times material to this indictment, on or about the dates stated below:

### Introduction

1.      CURTIS HOLLOWAY was employed as a licensed and sworn Special Police Officer in the District of Columbia.

2.      Under the laws of the District of Columbia, a licensed special police officer is deputized to have the same arrest powers as law enforcement for offenses committed within the premises to which his jurisdiction extends, and outside the premises in fresh pursuit of a felon or misdemeanant from or immediately adjacent to the premises to which his jurisdiction extends.

3.      A.J. was a 33-year-old woman who was detained by Special Police Officer HOLLOWAY on or about October 13, 2023, and ultimately arrested for Destruction of Property and Assault on a Police Officer.

## COUNT I
### 18 U.S.C. § 242
### (Deprivation of Rights Under Color of Law)

4.      The allegations contained in Paragraphs 1 through 3 are realleged.

5.      On October 13, 2023, in the District of Columbia, the defendant,

## CURTIS HOLLOWAY,

while acting under color of law, willfully deprived A.J., a person known to the Grand Jury, of the right, protected and secured by the Constitution and laws of the United States, to be free from unreasonable searches and seizures, which includes the right to be free from the use of unreasonable force by a person acting under color of law.  Specifically, HOLLOWAY struck A.J. on the head with a firearm without legal justification.  The offense involved the use of a dangerous weapon and resulted in bodily injury.

(In Violation of Title 18, United States Code, Section 242).

## COUNT TWO
### 18 U.S.C. § 1512(b)(3)
### (Obstruction of Justice)

6.      Paragraphs 1 through 3 are realleged.

7.      On October 13, 2023, in the District of Columbia, the defendant,

## CURTIS HOLLOWAY,

knowingly engaged in misleading conduct toward another person or persons, that is officers of the Metropolitan Police Department (MPD), with intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission

and possible commission of the federal offense as charged in Count 1. Specifically, HOLLOWAY falsely told responding MPD officers that he struck A.J. with his baton while A.J. was combative; in truth and in fact, as HOLLOWAY then knew, he struck A.J. in the head with his firearm from behind as she tried to run away from him.

(In Violation of Title 18, United States Code, Section 1512(b)(3)).

**<u>COUNT THREE</u>**
**22 D.C. Code § 402**
**(Assault with a Dangerous Weapon)**

8. Paragraphs 1 through 3 are realleged.

9. On October 13, 2023, in the District of Columbia, the defendant,

**CURTIS HOLLOWAY,**

assaulted A.J. with a dangerous weapon, that is, a firearm.

(In Violation of Title 22, D.C. Code, Section 402).

A TRUE BILL:


FOREPERSON


MATTHEW M. GRAVES
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA



KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

LAURA-KATE BERNSTEIN
TRIAL ATTORNEY
CIVIL RIGHTS DIVISION
CRIMINAL SECTION